UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Nicholas Carrow

_____

_____
                Plaintiff,

[Insert full name of plaintiff/prisoner]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES ✓    NO ____

-against-

(1) Nassau University Medical Center
(2) John Doe (Surgeon)
(3) Nassau County
(4) Officer Lee, Nassau PD ~~8th~~ Precinct Bethpage NY
(5) John Doe, Detective Bethpage NYPD
(6) Jane Doe Paramedic Nassau EMT
                Defendant(s).

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 17 2024 ★

LONG ISLAND OFFICE

RECEIVED
OCT 17 2024
EDNY PRO SE OFFICE

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I.  **Parties:** (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A.  Name of plaintiff _____Nicholas Carrow_____

If you are incarcerated, provide the name of the facility and address:

Nassau Correctional Center
100 Carman Avenue, East Meadow, NY 11554

Prisoner ID Number: 2024000878 / 2011020099

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Full Name: Nassau University Medical Center

Job Title: ~~Hempste~~ Hospital Facility

Address: 2201 Hempstead Tpke East Meadow NY 11554

Defendant No. 2

Full Name: Nassau County Headquarters

Job Title: County Office

Address: 1490 Franklin Ave Mineola NY 11501

Defendant No. 3

Full Name: John Doe (Surgeon)

Job Title: Surgeon who Provided Care

Nassau University Medical Center

2

Second Amended Complaint No. 24-CV-5018

2201 Hempstead Tpke East Meadow NY 11554
Address

**Defendant No. 4**

Officer Lee Nassau Police Dept
Full Name

P.O. ~~[struck]~~ Precint Bethpage
Job Title

Bethpage NY
Address

**Defendant No. 5**

John Doe
Full Name

Detective Bethpage PD
Job Title

Bethpage NY
Address

## II. Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? Nassau University Medical Center

When did the events happen? (include approximate time and date) April 4, 2024 9 - 9:30 PM - 10 PM

3

Facts: (what happened?) On April 4, 2024 at about 9:30 pm my pinky finger on my left hand was severed accidentally. Nassau County paramedics were transporting me to Nassau University Medical Center which was a 5 minute drive from the original scene. Upon arrival of paramedics and the entire transport procedure my pinky finger was hanging by the skin. Jane Doe of the paramedic EMT team who provided me medical care insisted to myself the finger medically would die in 12-15 hours. With this statement she was trying to ensure myself that in her medical opinion it was going to be medically reattached, as it only was a 5 minute drive to the facility. When I arrived on a stretcher in the hospital, procedure for the facility is to provide an individual with reasonable and adequate care and to be treated fairly without bias as first priority is to save human lives and perform necessary medical procedures. I was denied access to the trauma unit while suffering from a severed limb requiring hospital staff to adequately prepare a trauma unit to reattach and save my severed limb. Nassau County Police Dept in accordance with the hospital staff instead chose to place me in a regular room on the ICU floor to make their own decisions on how to treat my finger with no say, options or choice to myself. I believe medical malpractice and negligence are the sole

II.A. Injuries. If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

As an immediate cause of this event, my pinky finger on my left hand was amputated at no choice of my own. I recieved unprofessional, inadequate care that resulted in the removal of my finger instead of providing any means to an alternative treatment due to prejudice involvement prior with this facility.

4

cause of my pinky fingers amputation. As seen in the case Vincenty v. Cincinnati, Plantiff accidentally lost 2 fingers on the job. These fingers were surgically reattached for "partial feeling." While this Plantiff sued, he lost due to sustaining an injury that was not grave. ~~I am~~ I am citing this relevant case to show prima facie that Nassau Medical Center did not treat me under the hypocratic oath and surgically attempt to save my limb. (Vincenty v Cincinnati 14 A.D. 3d 392; 788 N.Y.S. 2d 72**; 2005 N.Y. App. Div. Lexis 279) In accordance with Nassau Police Dept. which has no medical professional capacity, the decision to violate my rights and negligently amputate my finger was made by the officers and detectives on the scene in accordance with the surgeon who I'll name as John Doe. My injuries sustained are grave and as heard in Kyle Wodzenski v Eastern Long Island Hospital, Nassau University Medical Center failed to operate under good and accepted standards of medical care and such departure was the immediate cause of my injuries directly. (Kyle Wodzenski v. Eastern Long Island Hospital, Defendant North Fork orthopedic and Sports Medicine, PLLC, et al., appellants (Index No. 22738/10) Supreme court of N.Y. Appellate Division, 2nd Dept, 170 A.D. 3d 925, 96 N.Y.S. 3d 80; 2019 N.Y. Appellate Division, Lexis, 751; 2019 N.Y. Slip OP 01819 2016-~~20~~ 02735 March 13, 2019 Decided) In my case, I am pleading with the court that prior bias and prejudice were an immediate cause of the hospital to deviate from accepted standards of medical procedure and choose Medical Malpractice to hurridly perform a procedure I did not 1) Agree to and the Surgeon did not provide

me with or disclose any alternatives and then, failed to inform me of any forseeable risks associated with the treatment that a reasonable medical practitioner would disclose in the same circumstance. Secondly 2) A reasonably prudent patient in the same position would not have undergone the treatment had I been fully informed of an amputation. Thirdly 3) A lack of informed consent is a proximate cause of my injury, even so standing alone. If I signed consent, which I did not, does not establish defendants prima facie entitlement to judgement as a matter of law. In my attempt to prevail on this motion for judgement in this medical malpractice action, I am citing Nassau University Medical Center, Nassau County, John Doe (Surgeon) as the prima facie for departing from good and accepted medical standards and the immediate cause of my injury resulting in permanent amputation as well as post traumatic stress disorder and mental and physical anguish, as well as future wage loss and the inability to trust a public entity in the future. (See Kelly v Rosca, 164 A.D. 3d 888, 891, 83 N.Y.S. 3d 317 [2018]; Matos v Khan, 119 AD 3d 909, 910, 991 N.Y.S. 2d 83 [2014]; Makinen v Toselli, 106 AD 3d 782, 783-784, 965 N.Y.S. 2d 529 [2013]). This surgeon and his exploration for further amputation of my finger that was given initially would have left me with nerve damage, however several body cams present on Officer Lee on duty will show I was given no option and no adequate medical care to ensure proper procurement of my finger on my hand. I request this matter be immediately pursued in a matter of court to prevent further civilians from being victims of medical malpractice, negligence and being given proper medical attention, regardless of race, creed, or their status. Furthermore, I would also ask that Officer Lee of the Third Precinct of

Bethpage NY be served as he was on duty in accordance with his partner, John Doe. This body cam footage will show officer Lee clearing the blood himself when the amputation was over, the surgeons medical procedure and exploration and the officers on duty using police presence and persuasion to manipulate a public benefit corporation into bending to their demands and gravely injuring me permanently instead of providing any alternative to amputation.

Second Amended Complaint    No. 24-CV-5018

**III. Relief:** State what relief you are seeking if you prevail on your complaint.

I am seeking compensatory damages for the medical procedure, but more importantly punitive damages in the amount of 5,000,000 for the negligent treatment and medical malpractice and prejudice injustice resulting in pain and suffering of amputated finger, future wage loss, PTSD & mental and physical anguish and trauma.

I declare under penalty of perjury that on 10/09/2024 (date), I delivered this complaint to prison authorities at Nassau Correctional Center (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/09/2024

_Signature of Plaintiff_

Nassau Correctional Center
Name of Prison Facility or Address if not incarcerated

100 Carman Avenue
East Meadow NY 11554
Address

2024000878    2011020099
Prisoner ID#

rev. 12/1/2015

5

Defendant No 6  Jane Doe,
Nassau EMT Paramedic
Nassau EMT Levittown NY

NAME Corson
C.C.# 2024000878
LOCATION B5BH
**100 CARMAN AVENUE**
**EAST MEADOW, NY 11554-1146**



United States District Court
Eastern District of New York
100 Federal Plaza, Central Islip NY 11722
Attn: Pro Se Office

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
OCT 17 2024
LONG ISLAND OFFICE